# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO VAZQUEZ-CERON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.:  20-CV-01318 W (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 18]** |

　　　Parties have filed a joint motion to dismiss with prejudice.  [Doc. 18.]  Good cause appearing, the Court **GRANTS** the joint motion.  This action is dismissed **WITH PREJUDICE**.

　　　**IT IS SO ORDERED.**

Dated:  May 24, 2021

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　　United States District Judge